ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Billy Arnold, et al.,

    Defendants.

Criminal No. 15-cr-20652

Honorable George Caram Steeh

FILED SEP 21 P 4:25
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL 3rd SUPERSEDING INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the 3rd superseding indictment and arrest warrants in this case and states:

1. The 3rd superseding indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the 3rd superseding indictment and arrest warrants be sealed because it is concerned that the defendants may attempt to flee, destroy evidence, or intimidate witnesses if the 3rd superseding indictment and arrest warrants becomes a matter of public record before the defendants are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the 3rd superseding indictment and arrest warrants.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

_____
CHRISTOPHER GRAVELINE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Christopher.Graveline2@usdoj.gov
(313) 226-9155
P69515

Dated: September 21, 2016

IT IS SO ORDERED.

_____
R. Steven Whalen
United States Magistrate Judge

Entered: 9/21/16