UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


FILED
SEP 28 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

v.

    Criminal No. 15-cr-20652

    Honorable George Caram Steeh

BILLY ARNOLD, et al.,

    Defendants.

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL 3rd SUPERSEDING INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the 3rd Superseding Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the 3rd Superseding Indictment and Arrest Warrants be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the 3rd Superseding Indictment and Arrest Warrants.

        Respectfully submitted,

        BARBARA L. McQUADE
        United States Attorney

        /s/ Christopher Graveline
        CHRISTOPHER GRAVELINE
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Chridtopher.Graveline2@usdoj.gov
        (313) 226-9155
        P69515

Dated: September 28, 2016

**IT IS SO ORDERED.**

        **s/ Mona K. Majzoub**
        Mona K. Majzoub
        United States Magistrate Judge

Entered: September 28, 2016