(EDMI 10/10) Appointment of Federal Defender

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. ~~16~~ 15-20652-18 |
| Matleah Scott | ) | |

## APPOINTMENT OF FEDERAL DEFENDER

[✓] MULTIPLE DEFENDANT CASE     [ ] DEFENDANT IN CUSTODY
[ ] NON-ENGLISH SPEAKING          LANGUAGE: _____
VIOLATION: 18:1962(d)              CASE TYPE: _____

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender, 613 Abbott Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5555, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: _____

Date: September 29, 2016          s/Mona K. Majzoub
                                  _Judicial Officer's Signature_

                                  Mona K. Majzoub, U.S. Magistrate Judge
                                  _Printed name and title_

AUSA Assigned: Christopher Gravel

### PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of $ _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan 48226.**

_Judicial Officer's Signature_

_Printed name and title_

I hereby acknowledge that I am responsible for the partial payments and payment plan ordered by the Court.

_Defendant's Signature_

FILED
SEP 29 2016
CLERK'S OFFICE
U.S. DISTRICT COURT