## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      Case No.  15-20652
                                        HON. GEORGE CARAM STEEH
                                        Mag. Judge: R. Steven Whalen

MATLEAH SCOTT,

      Defendant.

_____/

| **CHRISTOPHER GRAVELINE (P69515)** | **JUDITH S. GRACEY (P39766)** |
|---|---|
| Assistant United States Attorney | Attorney for Defendant |
| U.S. Department of Justice | The Gracey Law Firm, PLLC |
| 211 West Fort Street, Suite 2001 | 31700 West Thirteen Mile Road, Suite 200 |
| Detroit, Michigan 48226 | Farmington Hills, Michigan 48334 |
| (313) 226-9155 | (248) 702-6670 |

_____/

## APPEARANCE

    **PLEASE TAKE NOTICE** that I have, on this date, entered my Appearance on behalf of the Defendant, MATLEAH SCOTT, in the above-captioned matter.

                                                            Respectfully Submitted,

                                                            /s/Judith S. Gracey
                                                            judithsgracey@aol.com
                                                            **Judith S. Gracey (P39766)**
                                                            Attorney for Defendant
                                                            The Gracey Law Firm, PLLC
                                                            31700 West Thirteen Mile Road, Suite 200
                                                            Farmington Hills, Michigan 48334
                                                            (248) 702-6670

Dated: September 30, 2016