UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Matleah Scott,

    Defendant.

Criminal No. 15-cr-20652

Honorable George Caram Steeh

## DEFENDANT'S ACKNOWLEDGMENT
## OF THIRD SUPERSEDING INDICTMENT

I, Matleah Scott, defendant in this case, hereby acknowledge that I have received a copy of the Third Superseding Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count Sixteen: Death or Life Imprisonment, $250,000.00;
Count Seventeen: Death or Life Imprisonment, $250,000.00;
Count Eighteen: Up to 10 years Imprisonment, $250,000.00;
Count Nineteen: Up to 10 years Imprisonment, $250,000.00;
Count Twenty: Up to 10 years Imprisonment, $250,000.00;
Count Twenty-One: Up to 20 years Imprisonment, $250,000.00;
Count Twenty-Two: Up to 20 years Imprisonment, $250,000.00;
Count Twenty-Three: Up to 20 years Imprisonment, $250,000.00;
Count Twenty-Four: Up to 10 years Imprisonment, $250,000.00;

*Matleah Scott*
Matleah Scott
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Print Name: Judith S. Gracey P39726
Counsel for Defendant

Dated: 10/5/16