UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CR. NO. 15-20652

v.

                                      HON. GEORGE CARAM STEEH

D-18  MATLEAH SCOTT

        Defendant.

_____/

## ORDER OF APPOINTMENT OF SECOND COUNSEL

The defendant, Matleah Scott, has been charged in an indictment with a crime for which the authorized punishment is death. A single attorney has appeared on his behalf. Federal law entitles the defendant to appointment of two attorneys, at least one of whom shall be "learned in the law applicable to capital cases." 18 U.S.C. § 3005. Attorney Jacqueline K. Walsh has been represented to this Court by the Federal Defender Office of Detroit to possess such learning and experience.

Accordingly, is it **ORDERED** that Jacqueline K. Walsh, Esq., 705 2nd Ave., #501, Seattle, Washington 98104, telephone number (206) 325-7900, be appointed pursuant to 18 U.S.C. § 3005 to represent defendant Matleah Scott, in the above-referenced case at an hourly rate of $183.00 per hour. See Vol. 7, Chapter 6, Guide to Judiciary Policies and Procedure, § 630.10.10.

It is further **ORDERED** that this appointment is subject to termination if the death penalty is not authorized by the Department of Justice.

                                                               HONORABLE GEORGE CARAM STEEH
                                                               United States District Judge

Entered: 10-26-16