UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                              Case No. 2:15–cr–20652–GCS–DRG
                                                Hon. George Caram Steeh

Billy Darrell Arnold, et al.,

                    Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

          Motion for Order – #419
Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by
District Judge George Caram Steeh *without* oral argument.

• RESPONSE DUE:  December 8, 2016

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                                        By: s/M. Beauchemin_____
                                             Case Manager

Dated:  November 23, 2016