UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                      Case No. 2:15-cr-20652-GCS-DRG
                                        Hon. George Caram Steeh

Devon Patterson, et al.,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Devon Patterson, Christopher Owens, Jeffery Adams, Arlandis Shy, Anthony Lovejoy, Diondre Fitzpatrick, James Robinson, Donnell Hendrix, Matleah Scott, Keithon Porter

The defendant(s) shall appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 100 (1st Floor, J. Friedman's Courtroom), Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  February 28, 2017 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/M. Beauchemin
                                                  Case Manager

Dated:   February 2, 2017