

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**

FEB 2 8 2017

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

United States of America,
       Plaintiff,

Criminal No. 15-cr-20652

v.

Honorable George Caram Steeh

Matleah Scott,
       Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT
## OF FOURTH SUPERSEDING INDICTMENT

---

    I, Matleah Scott, defendant in this case, hereby acknowledge that I have

received a copy of the Fourth Superseding Indictment before entering my plea and

that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count Sixteen: ~~Death or~~ Life Imprisonment, $250,000.00 in fines or both;
Count Seventeen: ~~Death or~~ Life Imprisonment, $250,000.00 in fines or both;
Count Eighteen: Up to 10 years Imprisonment, $250,000.00 in fines or both;
Count Nineteen: Up to 10 years Imprisonment, $250,000.00 in fines or both;
Count Twenty: Up to 10 years Imprisonment, $250,000.00 in fines or both;
Count Twenty-One: Up to 20 years Imprisonment, $250,000.00 in fines or both;
Count Twenty-Two: Up to 20 years Imprisonment, $250,000.00 in fines or both;
Count Twenty-Three: Up to 20 years Imprisonment, $250,000.00 in fines or both;
Count Twenty-Four: Up to 10 years Imprisonment, $250,000.00 in fines or both;

*Matleah Scott*
Matleah Scott
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Print Name: Judith S. Gracey
Counsel for Defendant

Dated: 2/28/17