UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA   NO. 15-20652

v.   HON. GEORGE CARAM STEEH

D-1   BILLY ARNOLD,
D-2   STEVEN ARTHUR JR.,
D-3   EUGENE FISHER,
D-4   COREY BAILEY,
D-5   QUINCY GRAHAM,
D-6   ROBERT BROWN II,
D-7   JEROME GOOCH,
D-8   MICHAEL ROGERS,
D-9   DERRICK KENNEDY,
D-10  DEVON PATTERSON,
D-11  CHRISTOPHER OWENS,
D-12  JEFFERY ADAMS,
D-13  ARLANDIS SHY II,
D-14  ANTHONY LOVEJOY,
D-15  DIONDRE FITZPATRICK,
D-16  JAMES ROBINSON,
D-17  DONELL HENDRIX,
D-18  MATLEAH SCOTT,
D-19  KEITHON PORTER,
_____/

## PROTECTIVE ORDER BASED ON STIPULATION

This Court, having reviewed the stipulation below, being advised in the matter, and for the reasons stated by the parties,

IT IS HEREBY ORDERED that the pretrial disclosure of discovery and related materials, as defined in the stipulation below, is controlled, going forward, by the provisions of the revised stipulation and agreement.

Dated: 4/11/17                               s/George Caram Steeh
                                             HON. GEORGE CARAM STEEH
                                             United States District Judge

## STIPULATION BY PARTIES

The parties to the above criminal action do hereby stipulate and agree as follows:

      a.    Upon receiving discovery and related materials marked "SUBJECT TO PROTECTIVE ORDER"[1] from the government, defense counsel and Defendants shall treat such materials, including copies of such materials, as confidential;

      b.    Defendants may review such materials at any time in the presence of their defense counsel, defense counsel's legal assistants or other employees assisting in defense preparation. Defendants may also review such material on electronic media (*e.g.* laptops, desktop computers, IPads or similar media) approved by the detention facility in which he is housed in an area approved and monitored by the detention facility and by the Court. Defendants, however, shall not be permitted to keep or take with them such materials, including copies of such materials, and such electronic media (including disks and hard drives containing such material) shall be maintained by the applicable prison/detention facility officials;

---

[1] The government has obtained numerous search warrants, documents, records, recordings, photographs, and other materials in furtherance of this investigation, that will be provided to the defense, or made available for review by the defense, pursuant to the government's obligations under Fed. R. Crim. P. 16, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500. These items are hereinafter referred to as "discovery and related materials." Only those records marked or labeled "SUBJECT TO PROTECTIVE ORDER" shall be deemed to be governed by this protective order.

  c. Defense counsel may disclose, make copies of, or reveal the contents of such materials to defense counsel's legal assistants and other employees assisting in defense preparation and to defense experts, provided that counsel instructs such other persons that further disclosure is prohibited.

  d. Defense counsel and Defendants shall not disclose, make copies of, or reveal the contents of such materials to any other persons without prior written consent of the government or further order of the Court;

  e. Any and all discovery and related materials received by defense counsel and Defendants, and copies of such materials, shall be returned to the government at the conclusion of the proceedings, if so requested, to include when any direct appeal has become final. Defense counsel may retain any notes made by Defendants, the defense, and experts under the conditions provided above, or shall destroy them.

  f. If one or more Defendants disagree with the government's designation of material as subject to this protective order, counsel for such Defendant shall consult with counsel for the government in order to attempt to resolve the disagreement. If the parties cannot resolve their disagreement, defense counsel may file a motion with the Court seeking to alter the designation. All discovery submitted in conjunction with any such motion shall be filed under seal.

  g. Any pleadings or submission to the Court that seeks to attach

3

"SUBJECT TO PROTECTIVE ORDER" discovery material shall be filed with the Court under seal and shall remain under seal until further order of the Court.

      h.      This stipulation and order applies to all Defendants and their defense counsel in the instant case, and to any defendants and their counsel who may later be added in superseding indictments.

SO STIPULATED BY:

| | |
|---|---|
| s/ Christopher Graveline | s/ Michael C. Martin |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| 211 W. Fort Street, Ste. 2001 | 211 W. Fort Street, Ste. 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Phone: 313-226-9155 | Phone: 313-226-9670 |
| Email: Christopher.Graveline2@usdoj.gov | Email: Michael.C.Martin@usdoj.gov |
| | |
| s/ Rajesh Prasad | s/ Maria P. Mannarino with consent |
| Assistant U.S. Attorney | Attorney for D-1 Billy Darrel Arnold |
| 211 W. Fort Street, Ste. 2001 | 431 Gratiot |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Phone: 313-226-9155 | Phone: 248-761-7347 |
| Email: Rajesh.Prasad@usdoj.gov | Email: mmannarino@comcast.net |
| | |
| s/ Henry M. Scharg with consent | s/ John M. McManus with consent |
| Attorney for D-3 Eugene Fischer | Attorney for D-2 Steven Rumeal Arthur, Jr. |
| 718 Ford Building | 117 W. Fourth St., Ste. 201 |
| Detroit, MI 48226 | Royal Oak, MI 48067 |
| Phone: 248-596-1111 | Phone: 248-268-8989 |
| Email: hmsattyatlaw@aol.com | Email: john@themcmanusfirm.com |

4

s/ James L. Feinberg with consent
Attorney for D-6 Robert Brown, II
28411 Northwestern Highway, Ste. 875
Southfield, MI 48034
Phone: 248-353-0600
Email: jlfdefense@mindspring.com

s/ Christopher M. Seikaly with consent
Attorney for D-7 Jerome Gooch
24359 Northwestern Highway, Ste. 200
Southfield, MI 48075
Phone: 248-948-1900
Email: cseikaly@ameritech.net

s/ Barton W. Morris, Jr. with consent
Attorney for D-9 Derrick Kennedy
520 N. Main St.
Royal Oak, MI 48067
Phone: 248-541-2600
Email: barton@michigancriminalattorney.com

s/ James W. Amberg with consent
Attorney for D-11 Christopher Owens
104 W. 4th Street, Ste. 305
Royal Oak, MI 48070
Phone: 248-681-6255
Email: jamberg@amberglaw.net

s/ Vincent J. Toussaint with consent
Attorney for D-14 Anthony Lovejoy
65 Cadillac Sq., Ste. 2605
Detroit, MI 48226
Phone: 313-965-6633
Email: vjtoussaint@netscape.net

s/ John R. Minock with consent
Attorney for D-4 Corey Bailey
339 E. Liberty St., Ste. 200
Ann Arbor, MI 48104
Phone: 734-668-2200
Email: jminok@cramerminock.com

s/ Michael A. Rataj with consent
Attorney for D-5 Quincy Graham
500 Griswold St., Ste. 2450
Detroit, MI 48226
Phone: 313-963-4529
Email: ratajmi@aol.com

s/ Douglas R. Mullkoff with consent
Attorney for D-8 Michael Rogers
402 W. Liberty St.
Ann Arbor, MI 48103
Phone: 734-761-8585
Email: doug@kmhlaw.com

s/ Bertram L. Johnson with consent
Attorney for D-10 Devon Patterson
23756 Michigan Ave., Ste. 300
Dearborn, MI 48124
Phone: 313-598-4193
Email: warrioratlaw313@aol.com

s/ Ryan H. Machasic with consent
Attorney for D-12 Jeffrey Adams
134 Market Street
Mount Clemens, MI 48034
Phone: 586-914-6140
Email: machasiclaw@gmail.com

s/ William W. Swor with consent
Attorney for D-16 James Robinson
615 Griswold St., Ste. 1120
Detroit, MI 48226
Phone: 313-967-0200
Email: wwswor@wwnet.net

s/ Patrick M. Cleary with consent
Attorney for D-15 Diondre Fitzpatrick
43494 Woodward Ave., Ste. 203
Bloomfield Hills, MI 48302
Phone: 248-335-7890
Email: pmclearyatlaw@aol.com

s/ Judith S. Gracey with consent
Attorney for D-18 Matleah Scott
31700 W. Thirteen Mile Rd., Ste. 200
Farmington Hills, MI 48334
Phone: 248-702-6670
Email: judithsgracey@aol.com

s/ Mark H. Magidson with consent
Attorney for D-13 Arlandis Shy, II
615 Griswold, Ste. 810
Detroit, MI 48226
Phone: 313-963-4311
Email: mmag100@aol.com

s/ John F. Royal with consent
Attorney for D-17 Donell Hendrix
615 Griswold St., Ste. 1724
Detroit, MI 48226
Phone: 313-962-3738
Email: johnroyal@ameritech.net

s/ Juan A. Mateo, Jr., with consent
Attorney for D-19 Keithon Porter
535 Griswold, Ste. 1000
Detroit, MI 48226
Phone: 313-962-3500
Email: mateoja@aol.com