# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MATLEAH SCOTT, D-18,<br><br>        Defendant. | Case No. 15-20652<br><br>**Judge George Caram Steeh** |

## ORDER GRANTNG MOTION TO WITHDRAW

This Court having considered Matleah Scott's learned counsel Ms. Walsh's motion to withdraw hereby ORDERS THAT: The motion permitting Ms. Walsh to withdraw is hereby GRANTED.

Signed and dated this 28th day of April, 2017.

SO ORDERED:

s/George Caram Steeh  
Hon. George Caram Steeh  
United States District Judge

[Proposed]  
Order                                                      -1-