**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MATLEAH SCOTT, D-18,<br><br>            Defendant. | Case No. 15-20652<br><br>**Judge George Caram Steeh** |

### <u>ORDER GRANTNG MOTION TO WITHDRAW</u>

This Court having considered Matleah Scott's learned counsel Ms. Walsh's motion to withdraw hereby ORDERS THAT: The motion permitting Ms. Walsh to withdraw is hereby GRANTED.

Signed and dated this 28th day of April, 2017.

SO ORDERED:

<u>s/George Caram Steeh</u>
Hon. George Caram Steeh
United States District Judge

[Proposed]
Order                                          -1-